# Court of Appeals
# of the State of Georgia

ATLANTA,  March 25, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1190. WESTBURY HOMEOWNERS' ASSOCIATION, INC. v. JAMEEL HOWARD.

Westbury Homeowners' Association, Inc. filed an action to recover alleged unpaid homeowners' association fees against Jameel Howard in magistrate court. After an unfavorable ruling in the magistrate court, Westbury appealed to the state court. The state court entered an order in favor of Howard on Westbury's claim and on Howard's counterclaim. Westbury then filed this appeal. We, however, lack jurisdiction.

Appeals from state court decisions reviewing magistrate court decisions by de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Westbury's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office,
Atlanta,  03/25/2021

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.